IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

GWENDOLYN D. BIGELOW, )
 )
    Plaintiff, )
 )
vs. ) CIVIL ACTION NO. 307-066
 )
MICHAEL ASTRUE, )
Commissioner of Social Security, )
 )
    Defendant. )

## ORDER

The Court having read and considered the defendant's motion for an extension of time within which to file a responsive brief, and good cause appearing therefore, it is,

ORDERED that the defendant shall have an extension of time to and including July 7, 2008, within which to file a responsive brief in this case.

This 9th day of June, 2008, at Augusta, Georgia.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE